UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
MAY 20 2009

******************************************************

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RUBEN PERALEZ,

Defendant.

CR. 06-40001

ORDER

******************************************************

Pending is Defendant's Motion for Return of Cash Bail (Doc. 63) wherein it is requested the $1,500.00 cash bond posted in the Southern District of Texas on behalf of Defendant Ruben Peralez be returned to Scott M. Ellison, said bond having been ordered to be transferred to the registry of this Court via order dated June 20, 2006 (documents attached), and it appearing to the Court that the Defendant has been sentenced and that the cash appearance bond is no longer needed, and the Court being advised of the premises therein;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant's Motion for Return of Cash Bail (Doc. 63) is GRANTED;

2. Ten percent (10%) of the interest earned on said cash bond shall be retained by the United States Clerk of Courts pursuant to 28 U.S.C. Section 1914(b) and 55 Fed. Reg. 42867.

3. The balance of the $1,500.00 cash bond and interest remaining shall be distributed to Scott M. Ellison, 410 Peoples Street, Corpus Christi, Texas 78401.

Dated this 20 day of May, 2009.

BY THE COURT:

John E. Simko
United States Magistrate Judge